UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

SHERENA D. ADAMS, Debtor(s)

_____/

CHAPTER 13
CASE NO. 08-42594-TJT
JUDGE THOMAS J. TUCKER

## ORDER OF DISMISSAL UPON AFFIDAVIT OF THE TRUSTEE

This matter came before the Court on a hearing on or about April 28, 2009, and the matter having been fully considered and certain requirements having been established, if not met, would result in the dismissal of the proceedings without a further hearing or notice to the debtor, upon the submission of an affidavit of the Chapter 13 Standing Trustee attesting to the failure to comply with the conditions established, and the affidavit of the Trustee having been submitted herewith, the Court being otherwise sufficient advised in the premises;

**IT IS HEREBY ORDERED** that the above proceedings shall be and are hereby ordered dismissed for the failure of the debtor to meet conditions as established in the records of this Honorable Court, as attested to by the affidavit of the Chapter 13 Standing Trustee;

**IT IS FURTHER ORDERED** that the clerk's office shall immediately provide notice of the entry of this Order to all creditors listed in this case, the debtor, debtor's attorney, if any, and the Trustee;

**IT IS FURTHER ORDERED** that Tammy L. Terry, Trustee, is discharged as Trustee and the Trustee and his/her surety are released from any and all liability on account of the within proceedings.

.

**Signed on October 20, 2009**

_____ /s/ Thomas J. Tucker_____

Thomas J. Tucker
United States Bankruptcy Judge